**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  09-80767-CIV-RYSKAMP**
**(06-80187-CR-RYSKAMP)**

**CHRISTOPHER COOK,**

>    **Movant,**

**v.**

**UNITED STATES OF AMERICA,**

>    **Respondent.**

_____/

### GOVERNMENT'S MOTION FOR U.S. PROBATION OFFICE TO FURNISH COPY OF MOVANT'S PRESENTENCE INVESTIGATION <u>REPORT TO U.S. MAGISTRATE JUDGE VITUNAC</u>

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that an order be entered in the above-styled cause directing the U.S. Probation Office to furnish a copy of movant's Presentence Investigation Report (PSR) and all revisions and addendums thereto to the Honorable Ann E. Vitunac, and states as follows:

1.    The government is preparing to file a response to movant's §2255 motion in this matter.  In that response, the government will refer to movant's PSR, as well as revisions and addendums thereto.

2.    Since the PSR is considered a sealed document, the government respectfully requests that an order be entered directing the U.S. Probation Office to supply a copy of the

PSR and all revisions and addendum thereto, in Case Number 06-80187-CR-RYSAMP to the Honorable Ann E. Vitunac, United States Magistrate Judge.

3.      Robert E. Stone, counsel for defendant Cook, has informed the undersigned that he does not oppose the instant motion.

WHEREFORE, the United States respectfully requests that an order be entered in the above-styled case directing the U.S. Probation Office to furnish a copy of the PSR and all revisions and addendums thereto, to the Honorable Ann E. Vitunac, United States Magistrate Judge.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By:     *s/ Adrienne Rabinowitz*
        Adrienne Rabinowitz
        Assistant U.S. Attorney
        Adrienne.Rabinowitz@usdoj.gov
        Florida Bar No. 0833754
        500 S. Australian Avenue
        Suite #400
        West Palm Beach, Fl 33411
        Tel: (561) 820-8711
        Fax: (561) 659-4526

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s / Adrienne Rabinowitz_
Assistant U. S. Attorney

3

<u>**SERVICE LIST**</u>

**Christopher Cook v. United States**
**Case No. 09-880767-Cv-RYSKAMP**
**(06-80187-CR-RYSKAMP)**
**United States District Court, Southern District of Florida**

Adrienne Rabinowitz
Assistant U.S. Attorney
Adrienne.Rabinowitz@usdoj.gov
U.S. Attorney's Office
Florida Bar No.  833754
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States
[Service via CM/ECF]

Robert E. Stone, Esq.
Bobstone@verolegal.com
Florida Bar No. 0078658
Law Offices of Robert E. Stone
2145 14th Avenue, Suite 6
Vero Beach, Florida 32960
Telephone: (772) 567-2261
Facsimile: (772)567-2440
Attorney for Christopher Cook