

FILED by _____ D.C.

SEP 0 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  09-80767-CIV-RYSKAMP**
**(06-80187-CR-RYSKAMP)**

**CHRISTOPHER COOK,**

    **Movant,**

**v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## GOVERNMENT'S MOTION FOR U.S. PROBATION OFFICE TO FURNISH COPY OF MOVANT'S PRESENTENCE INVESTIGATION REPORT TO U.S. MAGISTRATE JUDGE VITUNAC

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that an order be entered in the above-styled cause directing the U.S. Probation Office to furnish a copy of movant's Presentence Investigation Report (PSR) and all revisions and addendums thereto to the Honorable Ann E. Vitunac, and states as follows:

1.    The government is preparing to file a response to movant's §2255 motion in this matter.  In that response, the government will refer to movant's PSR, as well as revisions and addendums thereto.

2.    Since the PSR is considered a sealed document, the government respectfully requests that an order be entered directing the U.S. Probation Office to supply a copy of the