PH7/83/2081   20:21   8888888088

Apr. 17.. 2008_ 9:56AM

# MILLER

### SCHOOL OF MEDICINE

No. 0007   P.

PAGE   01

## DEPARTMENT OF UROLOGY

DEPARTMENTAL No
305-243-6630

Mark S. Soloway M.D.
*Chairman*
*Urologic Oncology*
Fax 305-243-6053

Norman L. Block, M.D.
*Urologic Oncology*
Fax 305-243-3554

Angelo E. Gousse, M.D.
*Female Urology*
*Voiding Dysfunction*
*Reconstructive Surgery*
Fax 305-243-4164

Bruce R. Kava, M.D.
*Urologic Oncology*
*Erectile Dysfunction*
*General Urology*
Fax 305-243-1985

Charles M. Lynne, M.D.
*Neurourology/Urodynamics*
*Male Infertility*
*Voiding Dysfunction*
Fax 305-243-3396

Raymond J. Leveillee, M.D.
*Laparoscopic Surgery*
*Renal Stone Disease*
*Endourology*
Fax 305-243-3381

Vincent G. Bird, M.D.
*Laparoscopic Surgery*
*Renal Stone Disease*
*Endourology*
Fax 305-243-5981

Murugesan Manoharan, M.D.
*Urologic Oncology*
*General Urology*
Fax 305-243-6669

Alan M. Nieder, M.D.
*Urologic Oncology*
Fax 305-674-2899

Tony Luongo, M.D.
*Urologic Oncology*
*General Urology*
Fax 305-243-4463

*Urology Research*
Sol L. Lokeshwar, Ph.D.
*Co-Director*
305-243-1012
Fax 305-876-1019

Vinata B. Lokeshwar Ph.D.
*Co-Director*
305-243-6321
Fax 305-243-6193

*Administration*
Elizabeth C. Duran
305-243-6591
Fax 305-243-5957

*Appointments*
305-243-4000
Fax 305-243-7212

*Clinical Trials*
305-243-7207
Fax 305-243-6505

*Billing Office*
305-243-5454
Fax 305-243-2148

April 15, 2008

RE: Chris Cook
DOB: 03/15/1981

To Whom It May Concern:

The above named patient has been under my care at The University of Miami Miller School of Medicine since May 10, 2005. Due to complication from the original urethraplasty surgery done in September 2007, namely scar tissue development causing blockage of the urethra, I must continue to follow this patient in my office. Close urologic follow-up by a reconstructive surgeon is required. Since the surgery in September, I have performed 2 more procedures to remove scar tissue and I may very well need to operate on him in the future.

I feel he must remain in my care until such time that I can successfully remove the suprapubic catheter. Since this patient does not have a spleen, he must be monitored closely for infection. The open wound at the catheter site poses great risk of infection. He is instructed to perform self urethral catheterization daily and will need to do so for at least two more months. I foresee being able to move the suprapubic catheter in 3-4 months as long as there are no further complications. Until I can remove the suprapubic catheter, I feel he must be followed by a reconstructive urologist with expertise in urethral reconstruction.

If you require any further information, do not hesitate to contact our office at 305-243-2973.

Sincerely,

Angelo E. Gousse, M.D.
University of Miami School of Medicine
Associate Professor of Clinical Urology
Chief, Section of Female Urology,
Voiding Dysfunction & Reconstruction

### UNIVERSITY OF Miami

Leonard M. Miller School of Medicine
Post Office Box 016960 (M-814) • Miami, Florida 33101
Clinical Practice Location: Professional Arts Center, Suite 509, 1150 NW 14th Street (M-853) • Miami, Florida 33136

# MILLER

## SCHOOL OF MEDICINE

DEPARTMENT OF UROLOGY

DEPARTMENTAL NO.

Mark S. Soloway, M.D.
Chairman

Norman L. Block, M.D.

RE: Christopher Cook
DOB: 03/19/1981

December 22, 2008

To Whom It May Concern:

The above named patient is under my care at the University Of Miami Miller School Of Medicine. After examination of the patient on November 20th, 2008 Christopher Cook requires an immediate surgical procedure. While attempting a routine replacement of the supra-pubic catheter it would not pass, the balloon holding the catheter in place has become fortified. The result is an inability to remove or replace the catheter. Additionally, the patient's urethra has developed scar tissue preventing urination.

The procedure, a direct visual internal urethrotomy, is scheduled for January 14th 2009. It is imperative that I perform this operation on the patient as soon as possible as he may loose the ability to urinate entirely.

The patient will continue to have both the supra-pubic and urethra catheter for a few weeks. I will follow this patient closely in my office until the urethral catheter may be removed. The patient must remain in my care for prolonged period of time to both monitor the urethral stricture and remove the catheter. Failure to do so may results in a permanent stricture which may prevent the patient from being able to urinate or father children.

If you are in need of further information please call our offices at 305-243-2073

Sincerely,



Angelo Gousse, M.D.
University of Miami School of Medicine
Professor of Urology
Chief, Section of Female Urology,
Voiding Dysfunction & Reconstruction

Leonard M. Miller School of Medicine
Post Office Box 016960 (M-814) • Miami, Florida 33101
Deering Professional Arts Center, Suite 505, 1150 NW 14th Street (M-633) • Miami, Florida 33136

13/14/2001   16:11   3300000000                                                    PAGE  01

 

**Vincent G. Bird, M.D.**
Renal Stone Division
Endourology

**Norman L. Block, M.D.**
Urologic Oncology

**Richard Bowen, M.D.**
Fax 305-243-4653

**Female Urology**
Voiding Dysfunction
Reconstructive Surgery

**Bruce R. Kava, M.D.**
Erectile Dysfunction
General Urology
Fax 305-243-4899

**Yvonne K. P. Koch, M.D.**
Female Urology
Reconstructive Surgery
Fax 305-243-8653

**Raymond J. Leveillee, M.D.**
Laparoscopic Surgery
Renal Stone Disease
Endourology
Fax 305-243-3831

**Charles M. Lynne, M.D.**
Neurourology/Urodynamics
Male Infertility
Voiding Dysfunction
Fax 305-243-3495

**Murugesan Manoharan, M.D.**
Urologic Oncology
General Urology
Fax 305-243-4653

**Mark S. Soloway, M.D.**
Chairman
Urologic Oncology

**Urology Research**
Bal L. Lokeshwar, Ph.D.
Co-Director
305-243-1012
Fax 305-326-1019

**Vineta B. Lokeshwar, Ph.D.**
Co-Director
305-243-6321
Fax 305-243-6893

**Administration**
Elizabeth C. Duran
Vice Chairman, Adm.
305-243-6591
Fax 305-243-6597

**Appointments**
305-243-6050
Fax 305-243-7212
Main 305-243-6631

**Clinical Trials**
305-243-7200
Fax 305-243-4862

**Billing Office**
305-243-5591
Fax 305-243-2140

January 23, 2009

RE: Christopher Cook
DOB: 03/19/1981

The above named patient is scheduled for surgery on January 28th, 2009.  It is imperative that he remain in my care until I am confident that the development of scar tissue has ceased and the suprapubic catheter can then be removed. After this surgical procedure is performed, I will need to follow the patient in my office closely until the urethral catheter can then be removed.  I will then need to see the patient regularly to have the suprapubic catheter changed.  If scar tissue does not develop over a period of time, then I will be able to remove the suprapubic catheter.  Until after Mr. Cook's upcoming surgery, I cannot predict how long he will need to recover.

One component of this procedure will be exploratory to determine if significant calcification has occurred resulting in the presence of stones.  If these have indeed developed a further procedure will be required to breakup the calcification. This procedure will be performed at a different medical location.

If you require any further information do not hesitate to contact our office At 305-243-2973.

Sincerely,

ANGELO E. GOUSSE, M.D.
University of Miami Miller School of Medicine.
Professor of Urology
Chief, Section of Female Urology,
Voiding Dysfunction & Reconstructive Surgery

**Department of Urology**
P.O. Box 016960 (M-814) | Miami, FL 33101
Clinical Practice Location: Professional Arts Center, Suite 309 | 1150 NW 14th Street (M-853) | Miami, FL 33136



# MILLER
SCHOOL OF MEDICINE
UNIVERSITY OF MIAMI
Department of Urology

(Mr/Ms) __Cook, Chris__          will be having surgery with:

- Dr. Mark S. Soloway
- Dr. Charles Lynne
- Dr. Raymond Leveillee
- Dr. Yvonne Koch

- Dr. Angelo Gousse
- Dr. Vincent Bird
- Dr. Bruce Kava
- Dr. Murugesan Manoharan

## LOCATION OF SURGERY

o **Jackson Memorial Hospital**
Central Bldg. 1ST floor Room 130
1080 NW 19TH ST ( DTC )
Miami, FL 33136
(305) 585-5323

o **University of Miami Hospital**
Registration
1400 NW 12TH AVE
Miami, FL 33136
(305) 325-5422

o **Weston Outpatient Clinic**
2229 N. Commerce Parkway
Weston, FL 33326
(954) 389-2446

o **SCCC/UMHC**
1475 NW 12 Avenue
Miami, FL 33136
(305) 243-5219

DIAGNOSIS: __Urethral Stricture__

PROCEDURE: __Cystoscopy Direct Visual internal urethrotomy__

SURGERY DATE: __4/1/09__          ANESTHESIA CLEARANCE DATE: __—__

**DO NOT eat or drink anything after Midnight 12 am, the night prior to your procedure. If you are taking aspirin products or any other type of blood thinner, please **discontinue one week prior** to your procedure, or as instructed by your physician.

He/She will need the following tests to be prepared prior to the surgery date:
1. CBC WITH PLATELETS AND DIFFERENTIAL
2. PT, PTT
3. CHEMISTRY 14
4. URINE ANALYSIS
5. URINE CULTURE
6. PREGNANCY TEST (NO MORE THAN 7 DAYS PRIOR TO SURGERY)
7. CHEST X-RAY/ EKG
8. STRESS TEST(ONLY IF INDICATED BY PHYSICIAN)
9. MEDICAL CLEARANCE LETTER

* COPY OF ALL TESTS RESULTS 5 DAYS PRIOR TO THE SURGERY DATE IN ORDER TO OBTAIN ANESTHESIA CLEARANCEPLEASE FAX RESULTS TO **305-243-2772**; ATTENTION: **ANDREA HOLMES**. ANY QUESTIONS PLEASE CALL **305-243-7217**. THANK YOU FOR YOUR FULL COOPERATION.

hemaglobin glucose day of procedure at weston

University of Miami-School of Medicine
Department of Urology

You have been scheduled for either a biopsy or a surgery that could involve some bleeding. There are numerous medications that interfere with your blood's ability to clot. If you are taking any medication, please check with your physician to see which medications might cause bleeding problems and discontinue these 7-10 days prior to surgery or biopsy.

Listed below are some commonly used medications. These medications are either aspirin-containing products or arthritis medications. Taking these medications within 7-10 days of your scheduled surgical procedure could lead to postponement or cancellation of the biopsy or surgery.

Actabs
Advil
Alka-Selzer Effervescent Tablets
Alka-Seltzer Plus Cold Medicine
Aluprin
Anacin Tablets
Anaprox
Arthralgen
Arthritis Pain Formula
Axotal Tablets
Arthritis Strength Bufferin Tabs
Arthropan Liquid
ASA Tablets/Asplrin Tablets
ASA Enseals
Ascriptin
Apergum
Aspirin
B-A'C Tablets and Capsules
Bayer Asplrin
Bayer Children's Aspirin
Bayer Children's Cold Tablets
Bufferin
Bufferin Asthritis Strength Tablets
Bufferin with Codeine#3 Tablets
Butazolodin
Gama Arthritis Pain reliever
Codása
Cogesic
Comeback
Congesprin
Cope
Coricidin

Cosprin
Darvon Compound
Darven with ASA Pulvules
Darvon Compound Pulvules
Darvon Compound-85
Darvon-N with ASA
Dasin Capsules
Disalcid Capsules
Doan's Pills
Dolor
Dristan
Duradyne Tablets
Duragesic
Duramed
Easprin
Ecotrin
Empirin
Empirin with Codeine Tablets
Equagesic Tablets
Encaprin
Excedrin Tablets & Capsules
Extra Strength Anacin
Feldene
Fenoprofen
Fiorinal
Fiorinal with Codeine
Formagesic
Four way Cold Tablets
Goody's Headache Powder
Ibuprofen
Indocin
Indomethacin

Liquiprin
Magan Tablets
Magsal Tablets
Maximum Bayer Aspirin
Measurin Caplets
Methocarbamol with Aspirin Tablets
Micrainin Tablets
Midol
Mobidin
Mobigesic Tablets
Momentum Musouler Backache Formul
Motrin
Nalfon
Naprosyn
Norgesic
Norgesic Forte Tablets
Nuprin
Nyquil
Nytol
Os-Cal-Gesic Tablets
Oxycodone
Oxyphenbutazone
Pabalate
Pabalate-SF Tablets
Pamprin
Pepto Bismol Tablets & Suspension
Percodan
Percodan-Demi Tablets
Persistan
Phenaphen
Phenylbutazone
PMS
Propoxyphene And Aspirin
Propoxyphene Compund 65
Quiet World

Resolve
Robaxisal
Rufen
St. Joseph Aspirin for Children
St. Joseph Cold Tablets for Children
Sine-Aid
Sine-Off Sinus Medicine
Sodium Salicylate
Sominex
Stanback
Supac Tablets
Sure Sleep
Synalgos Capsules
Talwin Compound
Tandearil
Triaminicin Tablets
Trigesic
Trilisate
Tablets and Liquid
Vanquish
Voltaren
Zorprin Tablets

Pentamine (*)
Coumadin (*)
Heparin (*)
Lovenox (*)

(*): Please consult the prescribing
physician before discontinuation of
these medications.

01/09/2002  21:31   0386806090
Apr. 23. 2009 12:34PM

PAGE  02
No. 117   P. 1

 

Vincent G. Bird, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
ph 305-243-4288

Norman L. Block, M.D.
Urologic Oncology
fax 305-243-3396

Robert Boller, M.D
General Urology
fax 305-243-4233

Angelo E. Gousse, M.D.
Female Urology
Voiding Dysfunction
Reconstructive Surgery
Fax 305-243-3168

Bruce R. Kava, M.D.
Urologic Oncology
Erectile Dysfunction
Prostate Urology
Fax 305-243-4990

Yvonne H. N. Koch, M.D.
Female Urology
Voiding Dysfunction
Reconstructive Surgery
Fax 305-243-3953

Raymond L. Leveillee, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
Fax 305-243-6915

Charles M. Lynne, M.D.
Neurourology/Urodynamics
Male Infertility
Voiding Dysfunction
Fax 305-243-4882

Murugesan Manoharan, M.D.
Urologic Oncology
General Urology
Fax 305-243-4950

Mark S. Soloway, M.D.
Chairman
Urologic Oncology
Fax 305-243-4653

Urologic Research
Bal L. Lokeshwar, Ph.D.
Co-Director
305-243-1013
Fax 305-243-6015

Vinata B. Lokeshwar, Ph.D.
Co-Director
305-243-6321
Fax 305-243-6893

Administration
Elizabeth C. Duran
Administrative Admin.
305-243-6891
fax 305-243-4657

Appointments
305-243-6250
fax 305-243-4212
Main 305-243-4632

Clinical Trials
305-243-6337
fax 305-243-4235

Billing Office
305-243-5836
fax 305-243-6330

April 15th, 2009

To Whom It May Concern:

RE: Christopher Cook
DOB: 03/19/1981

The above named patient continues to have a chronic urethral stricture requiring constant catheterization and surgical procedures

Post operatively, the patient has both the suprapubic catheter as well as a urethral catheter. The urethral catheter will be removed within the first month after the operation. However the suprapubic catheter will remain for an additional 3 to 6 months. The patient will be required to catheterize himself daily through the penis and I will change the suprapubic catheter regularly. Additional dilation procedures may be required to keep the stricture open. I will need to monitor the patient closely to ensure no further procedures are required. I will next see the patient on May 5th to remove the urethral catheter, change the suprapubic catheter, and monitor his progress.

The suprapubic catheter that remains in the patient increases the risk of infection and stone formation. I recently performed a direct visual internal urethrotomy on the patient to open his stricture. Without this procedure and the suprapubic catheter, the patient would lose the ability to urinate entirely and not be able to father children. Additionally, if the stricture were to entirely close, it would undermine all the efforts since the original urethroplasty thus requiring another highly invasive urethroplasty to be performed. As such, it is imperative that he remain in my care until the stricture is managed and the suprapubic catheter can be removed.

Angelo E Gousse

Angelo E. Gousse, M.D.
Professor of Urology
Female Urology Voiding Dysfunction
And Reconstructive Surgery

Department of Urology
P.O. Box 016960 (M-814) | Miami, FL 3310
Clinical Practice Locations: Professional Arts Center, Suite 209 | 1150 NW 14th Street (M-852) | Miami, FL 33136

PATIENT NAME: COOK, CHRIS                           MR #: 759213

ADMISSION DATE: 02/22/2005
PHYSICIAN: Craig H. Lichtblau, MD
DATE OF BIRTH: 3/19/1981

## REASON FOR ADMISSION:

Functional decline, weakness secondary to multiple injuries sustained while in the motor vehicle accident occurring on November 23, 2004, originally admitted to St. Mary's Rehab on January 20, 2005, transferred back under trauma services on the date of January 26, 2005, for small-bowel series with notable fistula formation, eventually stabilized and returned back to St. Mary's Rehab with status post irrigation and closure of 3 fistulas of the abdomen on February 3, 2005, performed by Dr. Hristov, and on February 3, 2005, undergoing open abdomen wound and intracutaneous fistulovenous skin grafting performed by Dr. Borrego.

## HISTORY OF PRESENT ILLNESS:

Mr. Cook is a very unfortunate, 23-year-old Caucasian gentleman who apparently was involved in a motor vehicle accident on November 23, 2004, while driving a Lamborghini at a high rate of speed. Apparently, the patient was under the influence of alcohol. He was transported to St. Mary's Hospital and admitted under trauma services, diagnosed with multiple fractures to include bilateral pubic rami fractures. The patient also suffered abdominal injuries, ruptured bladder, splenic laceration, gallbladder injury, and exploratory laparotomy was performed for repair of bladder. The patient did present with suprapubic catheter. He also underwent splenectomy and cystotomy with Gore-Tex closure of the abdomen. He developed pulmonary edema and required bilateral chest tubes secondary to pneumothorax. He also suffered from tibial fracture on the right side undergoing external fixation by Dr. Saslow. He also suffered bilateral mandible fractures requiring jaw fixation with wires shut. Also, suffering zygomatic fractures, right orbital fracture, left foot fracture, requiring ventilatory support for a prolonged period of time, required tracheostomy placement, which was discontinued prior to transfer to St. Mary's Rehab, which originally was on the date of January 20, 2005.

He was placed on a regular diet with aspiration precautions, nonweightbearing to bilateral lower extremities, VAC dressing to the abdomen per wound care, speech therapy for jaw range of motion. He was transferred originally on Cipro and amikacin through January 22, 2005, secondary to positive sputum. PICC line was inserted on January 5, 2005, and discontinued after IV antibiotics were completed. The patient was followed by Dr. Saslow, orthopedic physician, and Dr. Kaplan, maxillofacial, Dr. Patipa, ophthalmologist, trauma services for the abdomen as well as wound care for VAC assist and management. Plan was for the patient to return to his parents house upon discharge. The parents do have a 2-level house.

Page 1

PATIENT NAME: COOK, CHRIS          MR #: 759213

Maxiliofacial surgeon, Dr. Kaplan, did reassess the patient on January 24, 2005, to remove wires along the jaw. Infectious disease was consulted while in rehab on January 24, 2005, secondary to cystitis with yeast. The patient was placed on Diflucan daily. Repeat UA and micro in 4-5 days. Orthopedic physician, Dr. Saslow, was notified of the patient's transfer. He was making functional gains while originally in rehab. Serial x-rays were ordered on January 26, 2005. Trauma did follow up with the patient on January 25, 2005, transferring the patient to Tumor 2 North with diagnosis of open abdomen with fistulas. Small-bowel series was performed. The patient did undergo surgical procedures on February 3, 2005, with irrigation and closure of 3 fistulas of the abdomen as a result of multiple fistulas at open laparostomy site, which was performed by Dr. Hristov on February 4, 2005. Dr. Borrego performed open abdomen wound with venous skin grafting on February 24, 2005.

The patient remained in stepdown for a prolonged period of time. Upon stabilization, was eventually transferred to St. Mary's Rehab for physical and occupational therapy where he presented on February 22, 2005. He does admit to some ongoing pain in his right leg stating that current pain medication regimen is currently not working. Orders from trauma were to follow up with Dr. Osiyemi of infectious disease, Dr. D'Angelo of urology, and Dr. Saslow, orthopedic physician. Wound care for open abdomen, drainage collection pouches, and wound management, measure and record fistula output, continue with amikacin and Levaquin through February 28, 2005. Other meds per MAR. Will determine weightbearing status with Dr. Saslow.

**PAST MEDICAL HISTORY:**
Past medical history prior to injury was negative.

**ALLERGIES:**
No known drug allergies.

**FAMILY HISTORY:**
The patient does have 1 brother who is 17 years old and healthy. Mother and father are both living and healthy, married, live in a 2-level home. The patient was residing in West Palm Beach prior to the accident. Plan is for the patient to return home with his family upon discharge from St. Mary's Rehab. There is a positive alcohol history. No history of tobacco abuse. Family history is noncontributory.

**SURGICAL HISTORY:**
Surgical history prior to injury was negative.

**MEDICATIONS:**
Medications prior to injury were negative.

PATIENT NAME: COOK, CHRIS                    MR # 759213

## REVIEW OF SYSTEMS:

GENERAL: The patient does admit to weight loss, denies any fever, chills or night sweats. HEAD: The patient denies any headache, tenderness, dizziness or syncope. EYES: The patient denies any change in visual field, photophobia, blurry vision, diplopia, inflammation, discharge, dry eyes or excessive tearing. EARS: The patient denies any change in hearing, tinnitus, pain, discharge, vertigo or history of infections. NOSE: The patient denies any sinus problems, epistaxis, obstructions, polyps, change in loss of sense or smell. THROAT: The patient denies any bleeding gums, ulcerations, lesions of the tongue, gums or buccal mucosa. RESPIRATORY: The patient denies any chest pain, sneezing, dyspnea, cough, sputum production, hemoptysis, history of pneumonia or influenza. CARDIOVASCULAR: The patient denies any murmurs, claudication, peripheral edema or palpitations. GASTROINTESTINAL: The patient denies any dysphagia, heartburn, nausea, vomiting, hematemesis, indigestion, abdominal pain, diarrhea or constipation. Actually, he does present with pouches holding leaks from fistulas, which are monitored by wound care. GENITOURINARY: The patient does present with suprapubic catheter followed by Dr. D'Angelo. ENDOCRINE: The patient denies any history of thyroid disease or diabetes. MUSCULOSKELETAL: The patient denies any history of gout, see HPI. PERIPHERAL VASCULAR: The patient denies any history of thrombophlebitis or peripheral vascular disease. HEMATOLOGY: The patient denies any history of anemia, bleeding tendencies, easy bruising or lymphadenopathy. NEUROPSYCHIATRIC: The patient denies any history of syncope, seizures, alteration in sensation, memory or sleep pattern, emotional disturbances, drug or alcohol problems.

## PHYSICAL EXAM:

GENERAL: A very unfortunate, alert and oriented, 23-year-old Caucasian gentleman in no apparent distress who presents in hospital bed for interview today.

VITAL SIGNS: Blood pressure recorded at 121/74, pulse 62, respirations 22, temperature at 97.8 degrees F.

RESPIRATORY: Lungs are clear to auscultation with no wheezing, rales or rhonchi.

CARDIOVASCULAR: Heart was regular rate and rhythm, S1 and S2.

GASTROINTESTINAL: Abdomen is soft, nontender, bowel sounds x4. Pouches were in place. No evidence of superficial infection noted.

EXTREMITIES: Extremities did not reveal any evidence of cyanosis or clubbing. Pulses are intact. Calves are soft and nontender bilaterally. External fixator in right lower extremity was in place. No evidence of drainage or infection noted at the pin sites. Clean and dry.

NEUROLOGIC: Cranial nerves 2-12 are intact. Sensory did appear intact. Motor strength limited secondary to fractures to right lower extremity. There was some weakness noted around 4-/5 to lower extremities. The patient was alert and oriented to person, place, and time.

**PATIENT NAME: COOK, CHRIS**                    MR #: 759213

EYES: Pupils are equal, round, and reactive to light and accommodation. Sclerae nonicteric. No erythema or drainage noted.
EARS: External canals patent. No lesions or drainage noted.
NOSE: External nares patent, no lesions or drainage noted.
MOUTH: Oral mucosa pink and moist, no lesions noted.
NECK: Supple, no JVD, no lymphadenopathy, no bruit noted on auscultation.

**ASSESSMENT:**
Functional decline, gait dysfunction, weakness secondary to multiple injuries sustained from motor vehicle accident as listed above occurring on the date of November 23, 2004, with multiple complications to include most recently fistula development requiring surgical irrigation and closure as well as venous skin grafting to open abdomen performed by trauma surgeons, Dr. Hitsrov and Dr. Borrego, on February 3, 2005, and February 4, 2005, respectively, currently with pouches, which are monitored by wound care for collection of fistula drainage, nonweightbearing to bilateral lower extremities, will clarify with orthopedic physician, Dr. Saslow.

**PLAN:**
At this time, the patient is admitted to St. Mary's Acute Inpatient Rehab. Functional goals were set on the day of admission to include improvement of general strength and endurance, motor control and coordination, increase and maintain range of motion, improving balance, independent bed mobility, independent transfers on the unit and in the car, independent safe ambulation with assistive device, increased safety awareness and knowledge precautions, patient and family education, independent with ADLs, independent with leisure function and community reintegration to ensure smooth transition from inpatient rehab to outpatient services.

The patient will work closely with physical and occupational therapists. I do feel the patient is a good candidate for intense acute inpatient rehab program participating 3 hours a day continuing nonweightbearing bilateral lower extremities until otherwise as stated by Dr. Saslow. PT/OT eval and treat. Wound care consult to monitor pouches ostomy bags to the abdomen as a result of fistula drainage. Will continue with orders from trauma to include a regular diet, wound care, open abdomen drainage collection pouches, measuring and recording fistula output, ampicillin and Levaquin through February 28, 2005, meds per MAR, follow up with Dr. Osiyemi, infectious disease, Dr. D'Angelo, urology, secondary to suprapubic catheter, Dr. Saslow, orthopedic physician, Resource elemental supplements t.i.d.

Other meds include bacitracin ointment 1 g to cath site b.i.d., heparin injection 5000 units subcut q.12 h., ampicillin 500 milligrams q.6 h. through February 28, 2005, zinc oxide ointment p.r.n., Levaquin 250 milligrams daily through February 28, 2005, Ocean nasal spray p.r.n., alprazolam 0.25 milligrams q.h.s. p.r.n., diphenhydramine 50 milligrams

Page 4

———— - - ---- --- --- - --- --- ——

PATIENT NAME: COOK, CHRIS                    MR # 759213

q.b.s. p.r.n., Tylenol 650 milligrams q.4 h. p.r.n., PT/OT eval and treat. The patient will be assigned internal medical physician, Dr. Milbauer, to monitor the patient medically while in rehab.

Laboratory data obtained on today's date revealed white count 11, hemoglobin 14.3, hematocrit 41.8, platelets at 743. Chemistry: Awaiting results.

I do feel the patient is a good candidate for intense acute inpatient rehab program. Goal at discharge is for the patient to be discharged to home at an independent/modified independent level with family. Any equipment required will be recommended with physical and occupational therapists and arranged with Case Management as well as followup appointment. Estimated length of stay is difficult to assess at this time. Team Conference will be held on Friday for further discussion as to discharge planning. Will reassess at the time. Based on patient's progress, any changes made will be documented accordingly. Further dictation will be noted in the patient's chart. Estimated length of time spent on H&P to include record review and patient interview is approximately 55 minutes.

Craig II. Lichtblau, MD

Dictated by: Matthew Bisert, PA C

TR:   CL /KM
DD:   02/23/2005 12:04:00
DT:   02/23/2006 13:35:03
JOB:  4231707 /152750
CC:   Dimiter B. Hristov, MD
      Fax: 7999577
      Robert Borrego, MD
      Fax: 7999577
      Steven R. Saslow, DO
      Fax: 8400791
      Richard W. Kaplan, MD DDS
      Fax: 8482644
      Michael Patipa, MD
      Fax: 8321475



ᛁᚪᚾ. 13  2008 2:59ᵖ                                    ᵗᵉ 8503   ᴾ.

# MILLER
SCHOOL OF MEDICINE

DEPARTMENT OF UROLOGY

DEPARTMENTAL No.
305 243 6435

Mark S. Soloway, M.D.
Chairman
Urologic Oncology
Tel 305-243-6631

Norman L. Block, M.D.
Urologic Oncology
Tel 305 243 53X

Angelo E. Gousse, M.D.
Associate Professor
Voiding Dysfunction
Reconstructive Surgery
Tel 305-243-5192

Bruce R. Kava, M.D.
Urologic Oncology
Erectile Dysfunction
General Urology
Tel 305-243-4929

Charles M. Lynne, M.D.
Neurophysiological dysfunction
Male Infertility
Voiding Dysfunction
Tel 305-243-4506

Raymond J. Leveillee, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
Tel 305-243-3961

Vincent G. Bird, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
Tel 305 243 2651

Murugesen Manoharan, M.D.
Urologic Oncology
General Urology
Tel 305-243-4652

Alan M. Nieder, M.D.
Urologic Oncology
Tel 305-674-2899

Terry Lannge, M.D.
Urologic Oncology
General Urology
Fax 305-243-4612

Urology Research
Bal T. Lokeshwar, Ph.D.
Co-Director
305-243-6312
Fax 305-626-2019

Vinata B. Lokeshwar, Ph.D.
Co-Director
305-243-6321
Fax 305-243-6893

Administration
Elizabeth C. Dixon
305-243-9591
Fax 305-243-6597

Appointments
305-243-9030
To 305-243-7212

Clinical Trials
305-243-7307
Fax 305-243-6893

Billing Office
305-243-5090
Tel 305-243-3140

January 18, 2008

RE: Chris Cook
DOB: 03/19/1981

To Whom It May Concern:

Mr. Cook required an immediate surgical procedure on 1/17/08 to prevent the closure of his urethra. Scar tissue that developed as a result of the previous operation caused more than a fifty percent blockage of the urethra.

He currently has 2 catheters: a suprapubic and a urethral Foley catheter. The urethral catheter will be removed within the next few weeks pending follow-up examinations. The suprapubic tube will remain in place for at least another 3-6 months until I am certain that his urethra has remained patent (open).

I will continue to follow the patient in my office. He has post-operative discomfort from the surgery which I am managing with narcotic pain medications at home. He will need frequent intermittent self-catheterization to prevent future urethral stricture.

If you need further information, please do not hesitate to let me know at 305-243-2973.

Sincerely,



Angelo E. Gousse, M.D.
Associate Professor
Adult Incontinence and Reconstruction

# Miami

Leonard M. Miller School of Medicine
Pos. Office Box 016960. (M-814)  •  Miami, Florida 33101
Clinical Practice Location: Professional Arts Center, Suite 309, 1150 NW 14th Street (M-853)  •  Miami, Florida 33136


**MILLER**
SCHOOL OF MEDICINE

DEPARTMENT OF UROLOGY

DEPARTMENTAL No.
305-243-6090

Mark S. Soloway, M.D.
*Chairman*
*Urologic Oncology*
Fax 305-405-6025

Murugesan L. Block, M.D.
*Urologic Oncology*
305-243-5290

Angelo E. Gousse, M.D.
*Female Urology*
*Voiding Dysfunction*
*Reconstructive Surgery*
Fax 305-243-5162

Bruce R. Kava, M.D.
*Urologic Oncology*
*Erectile Dysfunction*
*General Urology*
Fax 305-243-4095

Charles M. Lynne, M.D.
*Neurourology/Prosthetics*
*Male Infertility*
*Voiding Dysfunction*
Fax 305-243-2993

Raymond J. Leveillee, M.D.
Vincent G. Bird, M.D.
*Laparoscopic Surgery*
*Renal/Prostate Cancer*
*Endourology*
Fax 305-243-5581

Mark Gonzalgo, M.D.
*Urologic Oncology*
*Cancer Urology*
Fax 305-243-1651

Alan M. Nieder, M.D.
*Urologic Oncology*
Fax 305-674-2658

Tony Luongo, M.D.
*Urologic Oncology*
*General Urology*
Fax 305-243-4652

*Urology Research*
Ira L. Sokolofsky, Ph.D.
*Co-Director*
305-243-1012
Fax 305-326-1012

Vanessa R. Lobwohver, Ph.D.
*Co-Director*
305-243-5521
Fax 305-243-6062

*Administration*
Elizabeth C. Darst
305-243-6565
Fax 305-243-6657

*Appointments*
305-243-6090
Fax 305-243-1270

*Clinical Trials*
305-243-2189
Fax 305-243-4095

*Billing Office*
305-243-6044
Fax 305-243-2168

*handwritten:*
Disability Verification
for Christopher Cook.
Case # 12/02/0006

March 7, 2007

Chris Cook
5684 Orchid Bay Drive
Palm City, FL 34990

To Whom It May Concern:

Mr. Chris Cook is a 26 year old male who was involved in a major motor vehicle accident on November 23, 2004. He had a prolonged hospital course requiring significant postoperative rehabilitation. He had a small intestinal fistula and a nonhealing abdominal wound. He eventually had surgery for all these problems. The reason that I see him as an urologist is because he sustained prostatomembranous disruption and severe urethral stricture. He has a completely blocked urethral lumen. His urinary tract has been managed since the time of the accident with a suprapubic cystostomy tube. Because of multiple other injuries he had sustained, we had to delay repair of the urethra. He is scheduled to undergo a perineal urethroplasty on May 17, 2007, at the University of Miami, Department of Urology. The procedure is intended to reconnect the urethral lumen with the remaining of the lower urinary tract such as the prostate and the urinary bladder.

Mr. Cook had sustained a severe urethral injury with a very dense scar tissue, which prevents him from urinating from his penis. He has had multiple visits to my office, essentially every four weeks in order to replace his suprapubic catheter. The surgery, which is scheduled on May 17, 2007, has been delayed as stated previously because of the intestinal fistula of the small bowel, which had required a laparotomy procedure on July 10, 2006. I had informed Mr. Cook that I would not be able to perform the urethroplasty until his intestinal fistulae have been cured. Now that I have noted that his abdominal wall has healed, I recommended first to proceed with the urethroplasty, which has been tentatively scheduled for May 17, 2007.


**Miami**

Leonard M. Miller School of Medicine
Post Office Box 016960 (M-814) • Miami, Florida 33101
Clinical Offices: Jackson Professional Area Center, Suite 300, 1150 N.W. 14th Street (M-852) • Miami, Florida 33136

March 7, 2007
Page Two

Very few reconstructive urologists inside Florida perform urethroplasty. Therefore, my surgical load for such operation is very significant. It is not unusual for patients who require urethroplasty to wait for six months prior to undergoing this procedure under my care. May 17, 2007 is currently the earliest date that I can offer Mr. Cook for such an operation.

It is important to note that the urethroplasty is medically necessary for Mr. Cook if he is to have the hope of ever urinating spontaneously from his urethra. Patients with longstanding suprapubic tube, such as Mr. Cook, who never proceed with urethral reconstruction, tend to have recurrent urinary tract infection or even bladder malignancy over years. I anticipate that he will require three months' recovery time off from work after the urethral reconstruction. The perineal incision and numerous tubes in the urethra and in the suprapubic area, which are required after such reconstruction often precludes patients from working on a daily basis. Furthermore, there could be significant discomfort associated with the operation. I wanted to clarify the diagnosis and the surgical management of this patient in this letter.

If you need further information, please do not hesitate to let me know.

Respectfully Yours,

ANGELO E. GOUSSE, M.D.
Associate Professor
Chief, Section of Reconstructive Surgery
Female Urology and Urinary Incontinence
University of Miami
Miller School of Medicine

AEG: eof.FFW



# MILLER
## SCHOOL OF MEDICINE

DEPARTMENT OF UROLOGY

DEPARTMENTAL No.
305-243-6330

Mark S. Soloway, M.D.
Chairman
Urologic Oncology,
Fax 305-243-4603

Norman L. Block, M.D.
Urologic Oncology
Tel 305-243-3396

Angelo E. Gousse, M.D.
Female Urology
Voiding Dysfunction
Reconstructive Surgery
Fax 305-243-5104

Bruce R. Kava, M.D.
Urologic Oncology
Benign Dysfunction
General Urology
Fax 305-243-4939

Charles M. Lynne, M.D.
Neurourology/Urodynamics
Male Infertility
Fertility Dysfunction
Fax 305-243-3396

Raymond J. Leveillee, M.D.
Vincent G. Bird, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
Fax 305-243-2301

Murugesan Manoharan, M.D.
Urologic Oncology
General Urology
Fax 305-243-4603

Alan M. Nieder, M.D.
Urologic Oncology
Tel 305-674-2196

Tony Lacampo, M.D.
Urologic Oncology
General Urology
Fax 305-243-4603

Urology Research
Bal L. Lokeshwar, Ph.D.
Co-Director
305-243-1922
Fax 305-551-1010

Vinata B. Lokeshwar, Ph.D.
Co-Director
305-243-6321
Fax 305-243-6893

Administration
Elizabeth C. Dustin
305-243-6301
Fax 305-243-6397

Appointments
305-243-6095
fax 305-243-7212

Clinical Trials
305-243-7207
Fax 305-243-4935

Billing Office
305-243-5604
Fax 305-243-2140

May 17, 2007

RE: Christopher Cook

DOB: 03/19/1981

To Whom It May Concern:

The above referenced patient has been under my care at the University Of Miami Department Of Urology. Mr. Cook surgery was cancel due to a blockage in his supra pubic tube; because of this more testing is need for further evaluation and to reschedule his surgery as soon as possible.

Sincerely,



Angelo Gousse, M.D.
University of Miami School of medicine
Associate professor of clinical urology
Chief, section of Female Urology,
Voiding Dysfunction & Reconstructive Surgery

# Miami

Leonard M. Miller School of Medicine
Post Office Box 016960 (M-814) • Miami, Florida 33101
Clinical Office, Administration Professional Arts Center, Suite 309, 1150 NW 14th Street (M-839) • Miami, Florida 33136
May 17 2007 1 5PM



# MILLER
## SCHOOL OF MEDICINE

*Forward To*
*Tom Cook*
*on 5/24/07*

**DEPARTMENT OF UROLOGY**

DEPARTMENTAL No.
305-243-6630

Mark S. Soloway, M.D.
*Chairman*
*Urologic Oncology*
Tel 305-243-6898

Norman L. Block, M.D.
*Urologic Oncology*
Tel 305-243-9955

Angelo E. Gousse, M.D.
*Female Urology*
*Voiding Dysfunction*
*Reconstructive Surgery*
Tel 201-243-6164

Bruce R. Kava, M.D.
*Urologic Oncology*
*Erectile Dysfunction*
*General Urology*
Fax 305-243-1515

Charles M. Lynne, M.D.
*Neurourology/Prosthetics*
*Male Infertility*
*Voiding Dysfunction*
Fax 305-243-2926

Raymond J. Leveillee, M.D.
Vincent G. Bird, M.D.
*Laparoscopic Surgery*
*Renal Stone Disease*
*Endourology*
Fax 305-243-3201

Murugesan Manoharan, M.D.
*Urologic Oncology*
*General Urology*
Fax 305-243-4653

Alan M. Nieder, M.D.
*Urologic Oncology*
Fax 305-674-2105

Tony Luongo, M.D.
*Urologic Oncology*
*General Urology*
Tel 305-243-4261

*Urology Research*
Bal L. Lokeshwar, Ph.D.
*Co-Director*
305-243-1012
Fax 305-326-1248

Vinata B. Lokeshwar, Ph.D.
*Co-Director*
305-243-6321
Fax 305-243-6893

*Administration*
Elizabeth G. Doran
305-243-6597
Fax 305-243-6297

*Appointments*
305-243-6920
Fax 305-243-7212

*Clinical Trials*
305-243-7200
Fax 305-243-1956

*Billing Office*
305-243-5634
Fax 305-243-0142

May 24, 2007

RE: Christopher Cook

DOB: 03/19/1981

To Whom It May Concern:

The above named patient is under my care at the University of Miami School of Medicine department of Urology. Mr. Cook is schedule for surgery on September 06, 2007 a three hour procedure unfortunately Dr Gousse can only do that kind of surgery on Thursday's only, there are no sooner dates available at this time Mr. Cook was place on a waiting list for any cancellation.

If you have any questions please give our office a call at (305) 243-2973

Thank You,



Angelo E. Gousse, M.D.
Associate Professor of Clinical Urology
Chief, section of Female Urology.
Voiding Dysfunction & Reconstructive Surgery

## University of Miami

Leonard M. Miller School of Medicine
Post Office Box 016960 (M-814) • Miami, Florida 33101
Clinical Practice Department Professional Arts Center, Suite 309, 1150 NW 14th Street (M-853) • Miami, Florida 33136



## ST. MARY'S
### Medical Center

901 45th Street
West Palm Beach, Florida 33407
Tel: (561) 844-6300

June 6, 2007

To Whom It May Concern:

**RE: CHRIS COOK**

This letter is written to let you know that I took care of Chris Cook after a motor vehicle crash. I have reviewed the medical record and when I examined him, there was no indication of any alcohol intoxication. If you have any questions, please feel free to contact me at (561) 840-6013.

Sincerely,

Eugene Misquith, MD
Trauma & Critical Care Surgeon

EM:mb

A:cook.em



DEPARTMENT OF UROLOGY

November 14, 2007

Re: Chris Cook
DOB: 02/14/1981

To Whom It May Concern:

The above named patient has been under my care at The University of Miami Miller School of Medicine since May 16, 2006. Mr. Cook's last surgery was September 26, 2007. In addition, he is scheduled to undergo another surgery tomorrow November 14, 2007. Due to a complications of recurrent stricture he will require a catheter in place for a period of three weeks or more after the surgery.

If you need any further information, do not hesitate to contact our office at 305-243-2973

Sincerely,

Angelo Gousse, M.D.
University of Miami School of Medicine
Associate Professor of Clinical Urology
Chief, Section of Female Urology,
Voiding Dysfunction & Reconstruction.





## MILLER
### SCHOOL OF MEDICINE

DEPARTMENTAL No
305-243-9680

Mark S. Soloway, M.D.
Chairman
Urologic Oncology
P·v 305-243-4583

Norman L. Block, M.D.
Urologic Oncology
Fx 305-243-4566

Angelo E. Gousse, M.D.
Chaire of eng
Voiding Dysfunction
Reconstructive Surgery
Fax 305-243-6166

Bruce R. Kava, M.D.
Urologic Oncology
Erectile Dysfunction
General Urology
Fx 305-243-1919

Charles M. Lynne, M.D.
Neurological Impotence
Male Infertility
Voiding Dysfunction
Fax 305-243-3305

Raymond J. Leveillee, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
Fax 315-243-6509

Vincent G. Bird, M.D.
Laparoscopic Surgery
Renal Stone Disease
Endourology
Fax 305-243-3281

Murugesan Manoharan, M.D.
Urologic Oncology
General Urology
Fax 305-243-1050

Alan M. Nieder, M.D
Urologic Oncology
Fax 305-243-2593

Thuy Luongo, M.D.
Urologic Oncology
General Urology
Fax 305-243-9593

Urology Research
Pal L. Lokeshwar, Ph.D.
Co-Director
305-243-1162
Fax 305-876-1619

Vinata B. Lokeshwar, Ph.D.
Co-Director
305-243-6321
Fax 305-243-6893

Administration
Elizabeth C. Duran
305-243-6501
Fax 305-243-6557

Appointments
305-243-6070
Fax 305-243-7210

Clinical Trials
305-243-7537
Fax 305-243-4503

Billing Office
305-243-5684
Fax 305-243-0140

November 16, 2007

RE: Chris Cook
DOB: 03/19/1981

To Whom It May Concern:

Mr. Cook, had his last surgery with me on 11/14/07. He currently has 2 catheters: a suprapubic and a urethral Foley catheter. I plan to remove the urethral catheter in 2 weeks or more. He will keep the suprapubic tube for at least another month until I am certain that his urethra has remained patent (open).

I will continue to follow the patient in my office. He has post-operative discomfort from the last surgery which I am managing with narcotic pain medications at home. He will likely need intermittent self catheterization for 3-6 months after I remove the urethral Foley.

If you need further information, please do not hesitate to let me know at 305-243-2973.

Sincerely,



Angelo E. Gousse, M.D.
Associate Professor
Adult Incontinence and Reconstruction

## Miami

Leonard M. Miller School of Medicine
Post Office Box 016960 (M-E1·0)  •  Miami, Florida 33101
Specializing in Locations Professional Arts Center, Suite 609, 1150 NW 14th Street (M-858)  •  Miami, Florida 33136